1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHELE BECKWITH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8                     IN THE UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO. 2:13-MJ-291 KJN

12                 Plaintiff,                MOTION TO DISMISS DEFENDANT
                                             MARIE LEAHY
13          v.

14  MARIE LEAHY,

15                 Defendant.

16

17      Pursuant to Rule 48(a), and in the interest of justice, the government hereby moves to dismiss

18  without prejudice defendant Marie Leahy from the complaint in this case. See Fed. R. Crim. P. 48(a). The

19  defendant does not object to this motion.

20

21  Dated: October 12, 2013                   BENJAMIN B. WAGNER
                                              United States Attorney
22

23                                             /s/ Michele Beckwith
                                              MICHELE BECKWITH
24                                            Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-MJ-291 KJN |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| MARIE LEAHY, | |
| Defendant. | |

Based on the government's motion and good cause appearing therefrom, defendant Marie Leahy is hereby dismissed from this case.

SO ORDERED.

Dated: October 15, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE