1 Kresta Nora Daly, SBN 199689
**BARTH TOZER & DALY LLP**
2 431 "I" Street, Suite 201
Sacramento, California 95814
3 Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
4 Email:  kdaly@btdlaw.net

5 Attorneys for Defendant
MARIE MARGARET LEAHY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:13-MJ-00291-KJN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| MARIE MARGARET LEAHY, | |
| Defendant. | |

A Criminal Complaint was filed against Marie Leahy on September 16, 2013.  As a condition of her pre-trial release she was required to relinquish control of her passport.  On October 15, 2013 the Government moved to dismiss the charges against Ms. Leahy.  Ms. Leahy now seeks the return of her passport.

The parties hereby stipulate that, in light of the dismissal in the above captioned case, Ms. Leahy's passport should be returned to her and request this court order Pre-Trial Services and the Clerk's office to return Ms. Leahy's passport to Ms. Leahy's counsel of record, Kresta Daly.

///
///
///
///
///

| | | |
|---|---|---|
| Dated: October 15, 2013. | BARTH TOZER & DALY LLP | |
| | By   /s/ Kresta Nora Daly | |
| | KRESTA NORA DALY | |
| | Attorneys for KRISTINE ATOYAN | |
| Dated: October 15, 2013. | By   /s/ Kresta Nora Daly | |
| | Michele Beckwith | |
| | Assistant United States Attorney | |

# **O R D E R**

**GOOD CAUSE APPEARING,** Pre-Trial Services and the Clerk's office are ordered to return Marie Leahy's passport**.** The passport may be released either to Marie Leahy or her counsel, Kresta Nora Daly.

Dated: October 16, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE